IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND



| | |
|---|---|
| O.P., a minor, by and through his parent | |
| DAVID P., Petitioner, | **Complaint for a Civil Case** |

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:  ☐ Yes  ■ No
*(check one)*

-against-

MONTGOMERY COUNTY PUBLIC
SCHOOLS, Respondent.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

TDC 17CV0571

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | O.P., by and through his parent DAVID P. |
| Street Address | 6207 Dahlonega Road |
| City and County | Bethesda, Montgomery |
| State and Zip Code | Maryland, 20816 |
| Telephone Number | 301-980-7300 |
| E-mail Address | |

   B.      **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title (if known).  Attach additional pages if needed.

   Defendant No. 1

| | |
|---|---|
| Name | MONTGOMERY COUNTY PUBLIC SCHOOLS |
| Job or Title (if known) | |
| Street Address | 850 Hungerford Drive |
| City and County | Rockville, Rockville |
| State and Zip Code | Maryland, 20850 |
| Telephone Number | 301-309-6277 |
| E-mail Address (if known) | |

Defendant No. 2

    Name                       _____

    Job or Title
    (if known)                 _____

    Street Address         _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)                 _____

Defendant No. 3

    Name                       _____

    Job or Title
    (if known)                 _____

    Street Address         _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)                 _____

Defendant No. 4

    Name                       _____

    Job or Title
    (if known)                 _____

    Street Address         _____

    City and County       _____

    State and Zip Code    _____

    Telephone Number    _____

    E-mail Address
    (if known)                 _____

*(If there are more than four defendants, attach an additional page providing the same information for each additional defendant.)*

**II.      Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two
types of cases can be heard in federal court: cases involving a federal question and cases
involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising
under the United States Constitution or federal laws or treaties is a federal question case.
Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another
State or nation and the amount at stake is more than $75,000 is a diversity of citizenship
case.  In a diversity of citizenship case, no defendant may be a citizen of the same State
as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

■ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

**A.      If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United
States Constitution that are at issue in this case.

Individuals with Disabilities Education Act
_____
_____

**B.      If the Basis for Jurisdiction Is Diversity of Citizenship**

1.      The Plaintiff(s)

a.      If the plaintiff is an individual

The plaintiff, *(name)* _____, is a citizen of
the State of *(name)* _____.

b.      If the plaintiff is a corporation

The plaintiff, *(name)* _____, is incorporated
under the laws of the State of *(name)* _____,
and has its principal place of business in the State of *(name)*
_____.

*(If more than one plaintiff is named in the complaint, attach an additional
page providing the same information for each additional plaintiff.)*

4

2.    The Defendant(s)

    a.    If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of
        the State of *(name)* _____. *Or* is a citizen of
        *(foreign nation)* _____.

    b.    If the defendant is a corporation

        The defendant, *(name)* _____, is
        incorporated under the laws of the State of *(name)*
        _____, and has its principal place of
        business in the State of *(name)* _____. *Or* is
        incorporated under the laws of *(foreign nation)*
        _____, and has its principal place of
        business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The Individuals with Disabilities Education Act provides federal funds to states that agree to make available a "free appropiate public education" (FAPE) to every child with a disability. 20 U.S.C. 1401 (9), 1412 (a)(1)(A), 1414(d)(1)(A).

The petitioner O.P., through his parent DAVID P., did not receive special education instruction in math in a separate special education classroom from May 5, 2015 through May, 5 2016, as required in his Individualized Education Program.

**IV.**   **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. For any request for injunctive relief, explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

O.P., by and through his parent DAVID P., seeks 270 hours of outside math tutoring (one hour for each hour of special education mathematics missed) and reimbursement for neuropsychological/ achievement testing.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __2|27__ , 20_17_

Signature of Plaintiff
Printed Name of Plaintiff     David Plotkin M.D.

*(If more than one plaintiff is named in the complaint, attach an additional certification and signature page for each additional plaintiff.)*

### B.    For Attorneys

Date of signing: _____ , 20__.

Signature of Attorney      _____
Printed Name of Attorney   _____
Bar Number                 _____
Name of Law Firm           _____
Address                    _____
Telephone Number           _____
Email Address              _____

8